```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JEAN-LOUIS ENEQUE, et al.,           :

            Plaintiffs,              :     ORDER

     -against-                       :     09 Civ. 6831 (RJH)(MHD)

METROPOLITAN CABLE COMMUNICATIONS,   :
INC., et al.,
                                     :
            Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:                        4/12/10

A settlement conference having been held with counsel for the parties in the above-captioned action today, it is hereby ORDERED as follows:

1. Defendants are to produce to plaintiffs' counsel all records necessary to calculate the time worked by the party plaintiffs during the relevant period by **April 29, 2010**.

2. A telephone conference has been scheduled for **Thursday, May 20, 2010 at 2:00 P.M.** at which time the parties are directed to jointly call chambers at (212)805-0204 when counsel for all parties

are on the line. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
      **April 8, 2010**

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Julie Gaughran, Esq.
Rachel Asher, Esq.
Asher Gaughran, L.L.P.
233 Katonah Avenue
Katonah, NY 10536

Bradley Ian Berger, Esq.
Berger & Associates Attorneys
321 Broadway
New York, NY 10007

Jeffrey Alan Klafter, Esq.
Seth Richard Lesser, Esq.
Fran L. Rudich, Esq.
Klafter, Olsen & Lesser, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

Kenneth A. Margolis, Esq.
Shelby Anne Silverman, Esq.
Kauff McGuire & Margolis LLP
950 Third Avenue, 14th Floor