UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENEQUE JEAN-LOUIS, ANGEL PINAREYES, TOMAS TORRES-DIAZ, ROSELIO MENDOZA, EDWIN PEGUERO, JONNATAL PERALTA, and ROBIN SORIANO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>METROPOLITAN CABLE COMMUNICATIONS, INC., RICHARD PANG, JOHN SNYDER, BILL BAKER, PATRICK LONERGAN, JOHN GAULT and TIME WARNER CABLE OF NEW YORK CITY, A DIVISION OF TIME WARNER ENTERTAINMENT COMPANY, L.P.,<br><br>　　　　　　　　　　Defendants. | **ECF CASE**<br><br>Oral Argument Requested<br><br>Case No.  09-CV-6831 (ALC)(MHD)<br><br><br>**DEFENDANTS' NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

**PLEASE TAKE NOTICE** that Defendants Metropolitan Cable Communications, Inc., Richard Pang, John Snyder, Bill Baker, Patrick Lonergan, and John Gault (collectively, the "Defendants"), by and through their attorneys, Kauff McGuire & Margolis LLP, upon (i) the annexed Memorandum of Law in Support of their Motion to Enforce the Settlement Agreement and (ii) the annexed Declaration of Shelby A. Silverman, Esq. (with exhibits), hereby move this Court for an Order (a) enforcing the Settlement Agreement against Named Plaintiffs Roselio Mendoza, Edwin Peguero, Jonnatal Peralta, and Robin Soriano, (b) awarding Defendants for their attorney's fees and costs in connection with this Motion, and (c) for such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule set by the Court, opposition papers, if any, are to be filed and served on or before June 15, 2012 and reply papers, if any, are to be filed and served on or before June 27, 2012.

4824-8033-6399.1

Dated: New York, New York.
      May 25, 2012

                                    Respectfully submitted,

                                    KAUFF MCGUIRE & MARGOLIS LLP


                                    By: /s/ Kenneth A. Margolis
                                        Kenneth A. Margolis
                                        Shelby A. Silverman

                                    950 Third Avenue, 14th Floor
                                    New York, NY  10022
                                    (212) 644-1010

                                    *Attorneys for Defendants*
                                    *Metropolitan Cable Communications, Inc.,*
                                    *Richard Pang, John Snyder, Bill Baker,*
                                    *Patrick Lonergan, and John Gault*