UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENEQUE JEAN-LOUIS, ANGEL PINAREYES, TOMAS TORES-DIAZ, ROSELIO MENDOZA, EDWIN PEGUERO, JONNATAL PERALTA, and ROBIN SORIANO, Individually And On Behalf Of All Other Persons Similarly Situated,<br><br>                              Plaintiffs,<br><br>              -against-<br><br>METROPOLITAN CABLE COMMUNICATIONS, INC., RICHARD PANG, JOHN SNYDER, BILL BAKER, PATRICK LONERGAN, JOHN GAULT, and TIME WARNER CABLE OF NEW YORK CITY, A DIVISION OF TIME WARNER ENTERTAINMENT COMPANY, L.P.,<br><br>                              Defendants. | No. 09-Civ-6831 (ALC)(MHD) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Declaration of FRAN L. RUDICH, ESQ, dated June 19, 2012, Plaintiffs' counsel, Klafter Olsen and Lesser LLP, Asher Gaughran LLP and Berger Attorney, P.C., will move this Court before the Honorable Andrew L. Carter at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be determined, for an Order pursuant to Local Rule 1.4 permitting Plaintiffs' counsel to withdraw as counsel for four Plaintiffs, Jonnatal Peralta, Edwin Peguero, Robin Soriano, and Roselio Mendoza, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b) of the Southern District of New York, answering papers, if any shall be served within fourteen days after service of the papers herein.

Dated: Rye Brook, New York
       June 19, 2012

        **KLAFTER OLSEN & LESSER LLP**

        By:___s/Fran L. Rudich_____
            Fran L. Rudich
        Michael Palitz
        Two International Drive, Suite 350
        Rye Brook, New York 10573
        Telephone: (914) 934-9200

        **ASHER, GAUGHRAN LLP**
        Rachel Asher
        Julie Gaughran
        223 Katonah Avenue
        Katonah, NY 10536
        Telephone: (914) 232-0934

        **BERGER ATTORNEY P.C.**
        Bradley Berger
        321 Broadway
        New York, NY 10007
        Telephone: (212) 571-1900

        *ATTORNEYS FOR PLAINTIFFS*