UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENEQUE JEAN-LOUIS, ANGEL PINAREYES,
TOMAS TORES-DIAZ, ROSELIO MENDOZA,
EDWIN PEGUERO, JONNATAL PERALTA, and
ROBIN SORIANO, Individually And On Behalf Of
All Other Persons Similarly Situated,

                                  Plaintiffs,

                          -against-                              No.  09-Civ-6831 (ALC)(MHD)

METROPOLITAN CABLE COMMUNICATIONS,
INC., RICHARD PANG, JOHN SNYDER, BILL
BAKER, PATRICK LONERGAN, JOHN GAULT,
and TIME WARNER CABLE OF NEW YORK
CITY, A DIVISION OF TIME WARNER
ENTERTAINMENT COMPANY, L.P.,

                                  Defendants.

---

## CERTIFICATE OF SERVICE

I, Michael J. Palitz, do hereby swear and affirm that a true and accurate copy of

Plaintiffs' Motion to Withdraw was served on Roselio Mendoza, Edwin Peguero,

Jonnatal Peralta, and Robin Soriano via federal express overnight mail on June 19, 2012.

A copy has been served on Defendants' counsel via the Electronic Case Filing system.

Dated:  June 19, 2012                                    s/Michael J. Palitz_____
             Rye Brook, New York