UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Eneque Jean-Louis, et al.,          Notice of Court Conference

       Plaintiff,          09-CV-6831(ALC)(MHD)

-against-

Metropolitan Cable Communications, Inc., et al.,

       Defendants.
-----------------------------------------------------------X

       A **SETTLEMENT CONFERENCE** is scheduled for **July 9, 2012 at 1:00 p.m.** in Courtroom 14A located on the 14th Floor at 500 Pearl Street, New York, New York. The clients are required to attend. The parties are to email ex-parte letters to Chambers at least two business days before any settlement conference outlining their respective positions on settlement. *__Counsel for all parties are directed to appear for the conference in person and report to the Courtroom upon arrival to the Courthouse.__*

       SO ORDERED.

Dated: New York, New York
       June 28, 2012

*(signature)*
_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-28-12
```