**MEMO ENDORSED**

# KM&M
KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

KENNETH A. MARGOLIS
DIRECT DIAL: (212) 909-0705
DIRECT FAX: (212) 909-3505
MARGOLIS@KMM.COM

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

June 29, 2012

**VIA E-MAIL**

The Honorable Andrew L. Carter
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Request Granted. The settlement conference is rescheduled for Tuesday, July 31, 2012 at 10:00 in Courtroom 9B.

Re: *Eneque Jean-Louis et al. v. Metropolitan Cable Communications, Inc. et al.*
Case No. 09-CIV-6831 (ALC)(MHD)
KM&M File No. 11716-0001

Dear Judge Carter:

This firm represents defendants Metropolitan Cable Communications, Inc. and the individual defendants in the above-referenced putative collective action. Defendants moved to enforce the settlement agreement on May 25, 2012; Plaintiffs did not oppose Defendants' motion and filed a motion to withdraw as counsel for the named Plaintiffs who are refusing to execute the settlement agreement. On June 22, 2012, Defendants filed a letter with the Court requesting that its unopposed motion be granted. Pursuant to the Court's order, a settlement conference has been scheduled for July 9, 2012 at 1:00 p.m.

Due to scheduling conflicts, Defendants write to request an adjournment of the July 9th settlement conference. The parties have conferred and are available on July 16th and 17th for a settlement conference. This is Defendants first request for an adjournment of the settlement conference and Plaintiffs' counsel consents to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-6-12

SO ORDERED:

_/s/ Andrew L. Carter_
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE  7-6-12

4845-7994-2416.1



KAUFF McGUIRE & MARGOLIS LLP

The Honorable Andrew L. Carter
June 29, 2012
Page 2

       Thank you for your consideration.

                                  Respectfully submitted,

                                  Kenneth A. Margolis

cc:    Fran Rudich, Esq.
        Julie Gaughran, Esq.

4845-7994-2416.1