**MEMO ENDORSED**

# KLAFTER OLSEN & LESSER LLP
## ATTORNEYS AT LAW

Two International Drive • Suite 350 • Rye Brook, NY 10573
914-934-9200 • Fax 914-934-9220 • www.klafterolsen.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-13-12
```

August 10, 2012

**BY E-MAIL (ALCarterNYSDChambers@nysd.uscourts.gov)**

Hon. Andrew L. Carter
United States District Court
  Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: *Jean-Louis, et al. v. Metropolitan Cable Communications, Inc., et al.*
           09-cv-6831 (ALC)(MHD)

Dear Judge Carter:

    We represent the Plaintiffs and the opt-ins in the above-referenced action. We are writing to request a two week extension until August 28, 2012 to file Plaintiffs' Motion for Preliminary Approval of the parties' proposed Class and Collective Action Settlement. Plaintiffs' counsel has been preparing the motion papers, and the parties need additional time to discuss some final matters including language in the proposed notice to the classes as well as the proposed order.

    This is Plaintiffs' first request for an extension. Defendants consent to this request.

    Thank you for your consideration.

                              Respectfully submitted,

SO ORDERED: /s/ Andrew L. Carter

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE  8-13-12

                              Fran L. Rudich

cc: Kenneth Margolis, Esq. (via e-mail)
     Rachel Asher, Esq. (via e-mail)
     Julie Gaughran, Esq. (via e-mail)

**KOL**

NEW YORK • NEW JERSEY • WASHINGTON, DC