# KM&M
KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-27-2012
```

KENNETH A. MARGOLIS
DIRECT DIAL: (212) 909-0705
DIRECT FAX: (212) 909-3505
MARGOLIS@KMM.COM

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

August 27, 2012

**VIA E-MAIL**

The Honorable Andrew L. Carter
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Eneque Jean-Louis et al. v. Metropolitan Cable Communications, Inc. et al.; 09-civ-6831 (ALC)(MHD) - September 14, 2012 Status Conference
KM&M File No. 11716-0001

Dear Judge Carter:

This firm represents defendants Metropolitan Cable Communications, Inc. and the individual defendants in the above-referenced action. A status conference was previously scheduled for September 14, 2012 in connection with defendants' then-pending motion to enforce the settlement agreement as against certain named plaintiffs. However, at the settlement conference conducted on July 31, 2012, the Court denied that motion as moot and directed that the issues raised be addressed, if at all, in the context of the anticipated motion for approval of the settlement. The motion for preliminary approval of the settlement is currently due to be filed by August 28, 2012.

Accordingly, it appears that the September 14 conference is no longer necessary and we suggest that it be cancelled.

Thank you for your consideration.

Very truly yours,

Kenneth A. Margolis

cc: Fran Rudich, Esq.
    Julie Gaughran, Esq.

*Request Granted. The September 14, 2012 Conference is cancelled. So Ordered.*

*Andrew L. Carter*
*8-27-2012*

4844-3705-8832.1