UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENEQUE JEAN-LOUIS, ANGEL PINAREYES, TOMAS TORES-DIAZ, ROSELIO MENDOZA, EDWIN PEGUERO, JONNATAL PERALTA, and ROBIN SORIANO, Individually And On Behalf Of All Other Persons Similarly Situated, <br><br>　　　　　　　　　　Plaintiff, <br><br>　　-against- <br><br>METROPOLITAN CABLE COMMUNICATIONS, INC., RICHARD PANG, JOHN SNYDER, BILL BAKER, PATRICK LONERGAN, and JOHN GAULT, <br><br>　　　　　　　　　　Defendants. | Index No.  09-Civ-6831 (ALC)(MHD) <br><br>**NOTICE OF MOTION** |

　　PLEASE TAKE NOTICE that, Plaintiffs will move this Court, before the Honorable Andrew L. Carter, on a time and date to be determined by the Court, for preliminary approval of a Class and Collective Action Settlement.

Dated: August 28, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　/s/ Fran L. Rudich
　　　　　　　　　　　　　　　　　　　　　　Fran L. Rudich
　　　　　　　　　　　　　　　　　　　　　　Seth R. Lesser
　　　　　　　　　　　　　　　　　　　　　　Michael J. Palitz
　　　　　　　　　　　　　　　　　　　　　　KLAFTER OLSEN & LESSER LLP
　　　　　　　　　　　　　　　　　　　　　　Two International Drive Suite
　　　　　　　　　　　　　　　　　　　　　　350Rye Brook, NY 10573
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (914) 934 9200

　　　　　　　　　　　　　　　　　　　　　　Rachel Asher
　　　　　　　　　　　　　　　　　　　　　　Julie Gaughran
　　　　　　　　　　　　　　　　　　　　　　ASHER GAUGHRAN LLP
　　　　　　　　　　　　　　　　　　　　　　4 MacDonald Avenue, Suite 3
　　　　　　　　　　　　　　　　　　　　　　Armonk, New York 10504
　　　　　　　　　　　　　　　　　　　　　　Telephone: (914) 273-3187

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and Proposed Class Counsel*